## <u>INDEX OF EXHIBITS</u>

| 1 | Reinsurance Agreement |
|---|---|
| 2 | *U.S. v. Twenty Nine Thousand Nine Hundred Fifty-Two Dollars in U.S. Currency*, 2008 WL 5273628 (E.D. Mich. Dec. 17, 2008) |
| 3 | *U.S. v. Ramesh*, 2009 WL 817549 (E.D. Mich. March 26, 2009) |
| 4 | *All About Chores LLC v. Lyon*, 2019 WL 2590750 (E.D. Mich. June 25, 2019) |
| 5 | Declaration of James D. Wilson |
| 6 | Demand for Arbitration |